

**NUMBER 13-14-00693-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**MARIANN BACHARACH,** **Appellant,**

**v.**

**EUFEMIA GARCIA,** **Appellee.**

---

**On appeal from the 389th District Court
of Hidalgo County, Texas**

---

# O R D E R

**Before Justices Rodriguez, Garza, and Longoria
Order Per Curiam**

This cause is before the Court on appellant's motion to file an amended brief "to reflect issues brought up in the [October 1, 2014] trial court hearing" on her motion to dismiss.

On June 1, 2015, this Court received appellant's original brief. On June 3, 2015, the court reporter filed a supplemental record, which included only the direct examination of appellant at the October 1, 2014 hearing on her motion to dismiss. Subsequently, appellant filed three amended briefs in an effort to comply with the rules of this Court. Her third amended brief complied, and we marked it filed on June 22, 2015.

We have reviewed appellant's third amended brief and have found that it does not include issues, if any, raised by her testimony at the October 1 hearing. Texas Rule of Appellate Procedure 38.7 provides that "[a] brief may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe." TEX. R. APP. P. 38.7. After due consideration of appellant's motion, the timing of the filing of the supplemental reporter's record, and the compliance issues that have now been resolved, the Court has determined that appellant's motion should be granted.

Accordingly, the Court grants appellant's motion to file her fourth amended brief should she choose to do so, but only to reflect issues that appellant claims were raised at the October 1, 2014 hearing on her motion to dismiss. Appellant's fourth amended brief, if any, is due on July 6, 2015. No further extensions will be granted. Appellee's brief will be due on July 27, 2015.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
25th day of June, 2015.

2